**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

**REHEARING ACTION: January 16, 2013**

**Docket Number: 12   00616-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JAMES D. FLEMONES**

**Appealed from Beauregard Parish Case No. CR-2011-580**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James D. Flemones** has this day been

    **DENIED.**

cc: Hon. David W. Burton, Counsel for the Appellee
    James R. Lestage, Counsel for the Appellee